IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01203-BNB

JOHN P. KALINOWSKI,

    Applicant,

v.

MASINGAIL, A.C.C. Associate Warden, and
JOHN SUTHERS, Attorney General,

    Respondents.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 02 2010

GREGORY C. LANGHAM
                  CLERK

## ORDER OF DISMISSAL

Applicant John P. Kalinowski is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Arrowhead Correctional Center in Cañon City, Colorado. Mr. Kalinowski, acting *pro se*, initiated this action by filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Magistrate Judge Boyd N. Boland entered an order on May 25, 2010 directing the Clerk of the Court to commence a civil action and instructing Mr. Kalinowski to cure a certain deficiency if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Kalinowski to file his claims on a Court-approved form used in filing a habeas action in this Court. The Clerk of the Court sent Court-approved forms to Mr. Kalinowski for filing either a 28 U.S.C. § 2254 action or a 28 U.S.C. § 2241 action because he failed to identify the type of habeas action he intended to file.

Magistrate Judge Boland warned Mr. Kalinowski that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days. Mr. Kalinowski now has failed to communicate with the Court. As a result, he has failed to cure the deficiency within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiency. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiency.

DATED at Denver, Colorado, this  1st   day of   July  , 2010.

BY THE COURT:


 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01203-BNB

John P. Kalinowski
Prisoner No. 112501
CMC-ACC
P.O. Box 300
Cañon City, CO 81215-0300

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/2/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk